# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brenda ORTEGA Nieblas**<br>DOB: 1977; Mexican National<br>**Suylenn Nexarabi VASQUEZ Ortega**<br>DOB: 2002; Mexican National | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>23-00677MJ |

Complaint for violation of Title 18, United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 30, 2023, in the District of Arizona, **Brenda ORTEGA Nieblas** and **Suylenn Nexarabi VASQUEZ Ortega** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article, or object, that is: two AK-47 style rifles with removed serial numbers, one AR-15 style rifle, 450 rounds of .45 caliber ammunition, 192 rounds of 9mm ammunition, 120 rounds of .308 caliber ammunition, and 200 rounds of 7.62x39 ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 30, 2023, Customs and Border Protection Officers (CBPOs) at the Douglas, Arizona, Port of Entry (POE) stopped a white Fiat 500X bearing Sonora, Mexico license plate WFH3709 as it attempted to exit the United States and enter the Republic of Mexico. The vehicle was operated by **Suylenn Nexarabi VASQUEZ Ortega** with passenger **Brenda ORTEGA Nieblas**, both citizens of Mexico and traveling on temporary visitor visas. CBPOs asked **VASQUEZ Ortega** and **ORTEGA Nieblas** if they had any firearms, firearm parts, ammunition, or cash or currency in excess of $10,000. **VASQUEZ Ortega** and **ORTEGA Nieblas** stated they did not have any of the items. A search of the vehicle revealed **VASQUEZ Ortega** and **ORTEGA Nieblas** were in possession of two AK47 style rifles with serial numbers removed, one AR15 style rifle, 450 rounds of .45 caliber ammunition, 192 rounds of 9mm ammunition, 120 rounds of .308 caliber ammunition, and 200 rounds of 7.62x39 caliber ammunition. The items were concealed in the spare tire well, covered by carpeting and groceries.

In post-*Miranda* custodial interviews, both **VASQUEZ Ortega** and **ORTEGA Nieblas** admitted they were in possession of the firearms and ammunition and knew it was illegal to attempt to smuggle the ammunition to Mexico. Both **VASQUEZ Ortega** and **ORTEGA Nieblas** admitted they were to be paid and had previously smuggled firearms and ammunition from Douglas, Arizona, to Mexico and from Phoenix, Arizona, to Mexico on multiple occasions.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA *R.Arellano*<br>Digitally signed by RAQUEL ARELLANO Date: 2023.10.02 09:39:09 -07'00' | SIGNATURE OF COMPLAINANT<br>CAMERON S ANDERS<br>Digitally signed by CAMERON S ANDERS Date: 2023.10.02 09:46:05 -07'00' |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>HSI SA Cameron Anders |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 2, 2023 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearms and ammunition found in the vehicle qualify as United States Commerce Control List items and, therefore, are prohibited by law for export from the United States into Mexico without a valid license. Both **ORTEGA Nieblas** and **VASQUEZ Ortega** do not possess a license to export firearms or ammunition into Mexico.



